**Motion Granted; Order filed January 5, 2017.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-16-00514-CR
_____

**WILLIAM EARL TUTSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 351st District Court
Harris County, Texas
Trial Court Cause No. 1355673**

---

## ORDER

Appellant is represented by appointed counsel, Sarah V. Wood. Appellant's brief was originally due August 18, 2016. We have granted more than 90 days to file appellant's brief until November 30, 2016. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief has been filed. On December 13, 2016, counsel filed a further request for extension of time to file appellant's brief, citing medical reasons

We grant appellant's motion and order Sarah V. Wood to file a brief with the clerk of this court on or before **February 1, 2017**. If counsel does not file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of appointment of new counsel, or other appropriate measures.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Brown and Jewell.